# COMPLAINT
(for filers who are prisoners without lawyers)

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

(Full name of plaintiff)

Jemaine T Pate

v.

(Full name of defendant(s))

C.O. L. Guerrero

Case Number:

_____
(to be supplied by Clerk of Court)

A. PARTIES

1. Plaintiff is a citizen of __Wisconsin__, and is located at
   (State)

   __C.C.I P.O Box 900 Portage, WI 53901-0900__
   (Address of prison or jail)

2. Defendant __Guerrero__
   (Name)
   is (if a person or private corporation) a citizen of __Wisconsin__
   (State, if known)
   and (if a person) resides at _____
   (Address, if known)

Complaint – 1

and (if the defendant harmed you while doing the defendant's job)

worked for <u>Milwaukee Secure Detention Facility, milwaukee, WIS 3205</u>
(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B.  STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1. Who violated your rights;
2. What each defendant did;
3. When they did it;
4. Where it happened; and
5. Why they did it, if you know.

On 7-11-22 I Jemaine Pate at M.S.D.F in RHU cell 24 at 2:00pm- 2:20pm C.O Guerrero came to my cell with culpable state of mind. I ask Guerrero for exchange of toothpaste, Guerrero ask me why I call him name's after telling Guerrero I didn't call him name's Guerrero opened my cell trap door as I tried to give the old tube up Guerrero maliciously and sadistically slammed my cell cell trap door on both my forearms and leaned with his body weight and force with my arm's pinned in between the trap door for several minutes, I screammed out in excruciating pain begging him release my arm's. Guerrero retaliated aginist me for threats I never made, the unecessary and unwanton infliction of pain cause me on-going pain in my

Complaint – 2

forearm's, I was subject to cruel and unusual punishment, once my arm's was release I was by H.S.U and was scheduled to see the doctor for x-rays and on-going pain where I was provided naproxen and meloxicam for the pain in my forearm's. Prior to this incident I suffered from nerve damage already. Also, C.O Josha Padilla was a witness to Guerrero actions

Complaint – 3

Case 2:22-cv-01460-NJ    Filed 12/06/22    Page 3 of 5    Document 1

C.  JURISDICTION

☒  I am suing for a violation of federal law under 28 U.S.C. § 1331.

OR

☐  I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $_____.

D.  RELIEF WANTED

Describe what you want the Court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or to stop doing something.

Due to Guerrero reckless and outrageous Conduct I'm asking to be awarded compensatory damaes of 3.5 million and Punitive Damages of 4 million, Guerrero reckless conduct cause me Emotinal distress, on-going Pain in my forearms and Psychological trauma and mental anguish

E.  JURY DEMAND

I want a jury to hear my case.

☒ – YES     ☐ – NO

I declare under penalty of perjury that the foregoing is true and correct.

Complaint signed this __5th__ day of __december__ 20__22__.

Respectfully Submitted,

_Jemaine Pete_
Signature of Plaintiff

_599653_
Plaintiff's Prisoner ID Number

_Columbia Correctional Institution_
_PO Box 900 Portage, WI 53901-0900_
(Mailing Address of Plaintiff)

**REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FULL FILING FEE**

☒ I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a Request to Proceed in District Court without Prepaying the Full Filing Fee form and have attached it to the complaint.

☐ I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.