UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

**JEMAINE T. PATE,**

    Plaintiff,

  v.                                       Case No. 22-CV-1460

**LORENZO GUERRERO,**

    Defendant.

---

**JEMAINE T. PATE,**

    Plaintiff,

  v.                                       Case No. 22-CV-1506

**CO BRANDON HORTON,**

    Defendant.

---

**JEMAINE T. PATE,**

    Plaintiff,

  v.                                       Case No. 23-CV-310

**OFFICER DEONDRE MOORE,**

    Defendant.

# ORDER

The parties in the above-captioned actions have requested these matters be referred to a magistrate judge for purposes of mediation, in accord with General L.R. 3(a)(2), General L.R. 72(b)(2)(T), Civil L.R. 16(d), and 28 U.S.C. §§ 636, 651. They have also requested that the scheduling orders in these matters be stayed.

**IT IS THEREFORE ORDERED** that the parties shall appear before United States Magistrate Judge Stephen C. Dries for the purpose of conducting mediations proceedings, the particular procedures for which shall be within his discretion.

**IT IS FURTHER ORDERED** that the parties shall not file or reveal to the court or its employees any discussions or facts disclosed during the mediation process without the prior consent of each adverse party.

**IT IS FURTHER ORDERED** that the scheduling orders in all three cases are **STAYED**. Should mediation be unsuccessful, the court will issue an amended scheduling order.

Dated at Milwaukee, Wisconsin this 4th day of December, 2023.

BY THE COURT:

_____
NANCY JOSEPH
United States Magistrate Judge